JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN VENEGAS, Individually and as Successor-In-Interest to the ESTATE OF JESUS VENEGAS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EISENHOWER HEALTHCARE LLC, d/b/a EISENHOWER HEALTHCARE CENTER, a/k/a PASADENA GROVE HEALTH CARE,<br><br>　　　　　　　Defendants. | Case No. CV 22-105-JFW(AGRx)<br><br>[*Removed from Los Angeles County Superior Court Case No. 20STCV37460*]<br><br>**ORDER OF PLAINTIFF'S AND DEFENDANT'S STIPULATION TO REMAND TO STATE COURT**<br><br>Assigned to: ~~Hon. John F. Walker~~<br>**Hon. John F. Walter** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon consideration of Plaintiff's and Defendant's Stipulation to Remand to Los Angeles County Superior Court, the Stipulation is GRANTED. This case is hereby remanded to Los Angeles County Superior Court and all parties shall bear their own costs.

**IT IS SO ORDERED**

Dated: June 10, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. ~~John F. Walker~~ John F. Walter

-1-